IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS W. BAKER, DMD, | § | |
| Plaintiff, | § | CASE NO |
| vs. | § | 2005-_____ |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | Formerly CV-2005-115-F in the Circuit Court of Chilton County, Alabama |
| Defendants. | § | |
| | § | |

## DECLARATION OF SANDRA L. GIORDANO

I, Sandra L. Giordano, state the following:

1. My name is Sandra L. Giordano. I am over the age of nineteen years and competent to make this Declaration. I have personal knowledge of the matters set forth below in my capacity as Disability Benefits Specialist with UnumProvident Corporation. Unum Life Insurance Company of America ("Unum Life") is a subsidiary of UnumProvident Corporation.

2. Curtis Baker, DMD, ("Plaintiff") alleges that he became disabled by loss of hearing on December 18, 2002. In his complaint, he asserts a claim for benefits under three different disability policies and a business overhead policy, where one or more of these policies may contain a lifetime rider.


EXHIBIT B

3. One of the three disability policies, policy number H0601154, was issued by New York Life, though the claim was administered by UnumProvident or a subsidiary thereof. The policy pays benefits on a monthly basis contingent upon ongoing proof of disability. Assuming that the terms of the policy were satisfied, that policy paid benefits in the amount of $700.00 per month for a maximum of 24 months, unless disability was due to an accident as defined by the policy. Plaintiff was paid benefits under that policy through January 18, 2005.

4. Disability policy number LAD169168 was issued by Unum Life and pays benefits on a monthly basis contingent upon ongoing proof of disability. Assuming that the terms of the policy were satisfied, that policy paid benefits in the amount of $2,080.00 to age 65, unless disability was due to an accident as defined by the policy. Plaintiff was paid benefits under that policy through March 19, 2005. Disability policy number LAN550174 was also issued by Unum Life and also pays benefits on a monthly basis contingent upon ongoing proof of disability. Assuming that the terms of the policy were satisfied, that policy paid benefits in the amount of $2,000.00 to age 65. Plaintiff was paid benefits under that policy through March 19, 2005.

5. Business overhead policy number LAN550175 was issued by Unum Life and pays benefits on a monthly basis contingent upon ongoing proof of entitlement. Assuming that the terms of the policy were satisfied, that policy paid benefits in the amount of $1,000.00 per month for 24 months. Plaintiff was paid benefits under that policy through January 1, 2005.

6. Plaintiff's entitlement to further benefits under those policies is disputed and Unum Life maintains that plaintiff is entitled to no further benefits. Nonetheless, if he was entitled to benefits under each of the four referenced policies through May 25, 2005, he would be owed an additional $16,772.60 as of that date. Additional benefits would accrue at a rate of $5,780.00 per month if plaintiff continued to qualify for benefits under each of the policies beyond May 25, 2005, which is also disputed.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2005.

*Sandra L. Giordano*
SANDRA L. GIORDANO

357164_1