IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 MAY 26 A 9:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CURTIS W. BAKER, DMD, | § | |
| Plaintiff, | § | CASE NO |
| vs. | § | 2005- 2:05cv497 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | Formerly CV-2005-117-F in the Circuit Court of Chilton County, Alabama |
| Defendants. | § | |

## DISCLOSURE STATEMENT

To enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Unum Life Insurance Company of America certifies that the following parents, subsidiaries, and/or affiliates of said party have issued shares to the public: UnumProvident Corporation.

_____
HENRY T. MORRISSETTE
DOUGLAS W. FINK
Attorneys for Defendant,
Unum Life Insurance Company of America

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, May 25, 2005, served a copy of the foregoing pleading on the following listed counsel of record by mailing the same by United States Mail, property addressed and first class postage prepaid.

_____
Douglas W. Fink

COUNSEL OF RECORD:
Joel S. Rogers, III, Esquire
Amy I. Rogers, Esquire
Post Office Box 5180
Clanton, Alabama 35046

358861_1