**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 28, 2005

NOTICE OF REASSIGNMENT

Re:   Curtis Baker vs. UNUM Life Insurance Company of America
      Civil Action No.  2:05cv497

The above-styled case has been reassigned to Judge Mark E. Fuller

Please note that the case number is now 2:05cv497-F.  This new case number should be used on all future correspondence and pleadings in this action.