IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS W. BAKER, DMD, | § | |
| Plaintiff, | § | CASE NO |
| vs. | § | 2:05-cv-497-F |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT'S NOTICE OF FILING EVIDENTIARY SUBMISSIONS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant UNUM Life Insurance Company of America ("Unum Life "), files the following evidentiary submissions in connection with its Brief In Support of Motion For Summary Judgment filed with the Court April 18th, 2006.

- **Affidavit of Holly A. Crawford;**

- **Excerpts of the October 5, 2005 Deposition of Dr. Curtis W. Baker;**

- **Claims Forms filed by Dr. Curtis Baker with Unum Life (Bates #UACL00074 – 00079);**

- **Policy 1, New York Life Insurance Company disability policy number H0601154 (Bates #NYLP001 – 012);**

- **Policy 2, Unum Life Insurance Company disability policy number LAD169168 (Bates #ULP0001 – 0027);**

- **Policy 3, Unum Life Insurance Company disability policy number LAN550174 (Bates #ULP2001 – 2016);**

- **Policy 4, Unum Life Insurance Company BOE policy number LAN550175 (Bates #BOE1001 - 1012;**

- **February 25, 2003 Letter from Unum Life Insurance Company (Bates #UACL00102 – 00106);**

- **June 28, 2004 Letter from Unum Life Insurance Company (Bates #UACL00020 – 00021); and**

- **September 1, 2004 Letter from Unum Life Insurance Company (Bates #UACL00036– 00039).**

Respectfully submitted this 18th day of April, 2006.

/s/ *Douglas W. Fink*

Douglas W. Fink
(dfink@handarendall.com)
Henry T. Morrissette
(hmorrissette@handarendall.com)
Attorneys for Defendant
Unum Life Insurance Company of America

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Phone: (251) 432-5511
Fax:    (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 18th, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

Joel S. Rogers, III          joelrogers@bellsouth.net
Amy I. Rogers               amyirogers@bellsouth.net

s/ *Douglas W. Fink*
Douglas W. Fink     Bar No. 42920
Attorney for Defendant
        HAND ARENDALL, LLC
        Post Office Box 123
        Mobile, Alabama  36601
        Phone:   (251) 432-5511
        Fax:        (251) 694-6375
        E-mail: dfink@handarendall