

**CLAIM FOR DISABILITY BENEFITS** *Common Claimant*
Unum, Worcester Customer Care Center, P.O. Box 827, Worcester, MA 01613-0827
Phone: 800.228.4568   Fax: 508.751.7041

For use with policies issued by the following UnumProvident Corporation ["UnumProvident"] subsidiaries:

Unum Life Insurance Company of America
First Unum Life Insurance Company
Provident Life and Accident Insurance Company
Provident Life and Casualty Insurance Company
The Paul Revere Life Insurance Company

ER FEB 0  2003

Please mail or fax this form to:
Unum
Worcester Customer Care Center
P.O. Box 827
Worcester, MA 01613-0827
Toll free 800.228.4568   Fax 508.751.7041

RECD          FEB 03 2003

This form must be completed by the Attending Physician, the Claimant, and the Employer (for employer-sponsored policies), and be returned promptly for consideration of benefits. All questions on this form must be answered in full. Incomplete or illegible answers may result in delay of benefit consideration. Please return this form as soon as possible after the first day you are unable to work. Please be sure to keep a copy of this form and any attachments for your records.

The claimant is responsible for completion of all portions of this form without expense to the UnumProvident Corporation subsidiaries.

WAC FEB 04 2003

**INSTRUCTIONS:**

A. **Attending Physician's Statement:** This section must be completed by the physician PRIMARILY responsible for your care. Please make sure all dates of treatment are indicated in this section and that your physician personally signs and dates this claim form.

B. **Claimant's Statement:** This section must be completed by you, the claimant. Please make sure you sign and date the bottom of the authorization page after you complete your section.

C. **Employment Statement:** Group Sponsored Policies - The employer must complete this form.
   Individual Policies - Please refer to the attached Instructions Sheet.

Please enclose any additional information that you feel will assist us in evaluating this claim.

1067-01

DEFENDANT'S EXHIBIT 2

UACL00077

 **UNUM.**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: Unum, Worcester Customer Care Center, P.O. Box 827, Worcester, MA 01613-0827
Claim Questions: 800.228.4568  Fax To: 508.751.7041

## A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient:** Curtis Baker
**Date of Birth:** 02-05-1938
**Social Security Number:** 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

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.
**Date of Last Examination:** 01-08-2003
**Diagnosis** (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number: Fulminant Pneumococcal Meningitis

**Objective findings** (including current x-rays, EKGs, pyschiatric testing, laboratory data and any clinical findings):

**Symptoms:**

Is this condition due to ☐ an Accident ☒ a Sickness?
Is the accident or sickness related to the patient's employment? ☐ Yes ☒ No ☐ Unknown
**Date symptoms first appeared or accident occurred:** 12-19-2002

**Date restrictions and limitations began:** 12-19-2002
Has patient ever been treated for the same or similar condition? ☐ Yes ☒ No  If yes, state when and describe.

**3. Information About the Patient's Ability to Work** - this information is critical to understanding your patient's condition
Has patient been released to work in his/her occupation? ☐ Yes ☒ No   In any occupation? ☐ Yes ☒ No
If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.

**Fully describe restrictions and limitations.**
**RESTRICTIONS** (What the patient should not do): Patient is deaf as result of bacterial meningitis, also mastoiditis, daily headache, frequent dizziness and periods of confusion.

**LIMITATIONS** (What the patient cannot do):

**When should the patient be able to return to work?** Full Time: To be determined   Part Time:

| Height/Weight | Blood Pressure Last Visit | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type ☐ Normal ☐ C-Section |
|---|---|---|---|---|

**Date of first visit for this illness or injury:** 12-19-02
**Date of next visit:**
**Date of last visit:**
**Frequency of visits:**

Is patient: ☒ Ambulatory  ☐ Bed Confined
☐ House Confined  ☐ Hospital Confined
Has patient been admitted to hospital? ☒ Yes ☐ No
Confined From: 12-19-02  To: 1-4-03

If Hospital Confined, give name and address of hospital: Baptist Shelby Med. Ctr. Alabaster AL.

Have you completed claim forms regarding this patient for other insurance carriers? ☐ Yes ☐ No   If yes, state date and name of insurance company:

**4. Names and Addresses of Other Treating Physicians**
Referring physician or other treating physicians (names, address, phone #'s):

**REQUIRED ATTACHMENTS AND SIGNATURES**
Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

**Print or Type Name:** Nasrollah Eslami
**Degree:** M.D.
**Medical Specialty:** Neurology
**Street Address:** 1004 1st St. N. Suite 330
**Phone Number:** (205) 664-2967
**City:** Alabaster  **State:** AL  **Zip Code:** 35007
**Fax:** (205) 664-9689
**Signature of Physician:** X [signature]
**Date:** 1-24-03
**SSN or Employer's ID Number:** 63-0805069

1067-01

UACL00076



# UNUM.

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: Unum, Worcester Customer Care Center, P.O. Box 827, Worcester, MA 01613-0827
Claim Questions: 800.228.4568   Fax To: 508.751.7041

## B. CLAIMANT'S STATEMENT (PLEASE PRINT)

**Type of Coverage** (CHECK ALL THAT APPLY)
☐ Short Term Disability ☒ Long Term Disability ☒ Individual Disability ☐ Waiver of Premium (Life Insurance) ☐ Voluntary Benefits/Payroll Deduction

Policy Numbers: LAD 169168   LAN 550174

1. Claimant's Name: Curtis W. Baker   The State in which You Work: AL   EE

Home Address (Street, City, State, Zip): 258 County Road 473, Clanton AL 35046

Home Phone Number: (205) 755-1392   Date of Birth: 02-05-1938   Social Security Number: 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   ☒ Male ☐ Female

2. Is this condition due to ☐ Accident ☒ Sickness?   Is this disability related to your employment? ☐ Yes ☒ No

Describe the injury incurred (what, how, where, when) or the nature and details of the sickness and when it began:

Bacterial Meningitis   Dec. 19, 2002

You have been unable to work because of this condition as of what date? 12-19-2002

3. Employer's Name and Address: Curtis W. Baker DMD, PA.

Claimant's Work Phone Number: (205) 755-1231
Occupational Title: Dentist
List the duties of your occupation at the time of your disability.
Duty: General Dentistry
# of weekly hours spent at duty: 36

Have you returned to work? If yes, When?
Part Time:   Full Time:
Hours per week:

If you have not returned to work, when do you expect to return?
Part Time: ?   Full Time: ? - To be determined

How does your injury or sickness impede your ability to do your occupational duties?
Caused deafness, vertigo, NAUSEA, headaches

4. **Information about physicians and hospitals**
NOTE: TO AVOID DELAY IN EVALUATING YOUR CLAIM, ADVISE YOUR DOCTOR(S) TO ATTACH COPIES OF MEDICAL RECORDS AND TEST RESULTS.

First medical attention for the current disability was given by (complete below):

Doctor's Name: Nasrollah Eslami
Address (Street, City, State, Zip): 1004 1st St. N. Suite 330 Alabaster AL 35207
Doctor's Specialty: Neurology
Phone Number: (205) 664-2967

Hospital Name: Baptist Shelby Hosp.
Address (Street, City, State, Zip): Alabaster AL
Hospital Phone Number: (205) 620-8100

Dates of Confinement: From: 12-19-02 To: 12-30-02   From: 12-30-02 To: 1-3-03

If other doctors or hospitals were consulted in the last five years, please attach a separate sheet of paper.

5. Marital Status: ☐ Single ☒ Married ☐ Widowed ☐ Divorced
If you are married: Spouse's Name: Beverly
Spouse's Date of Birth: 6-12-46
Is Spouse Employed? ☒ Yes ☐ No

List your children who are under age 25: (*Please attach additional sheets if necessary).

| Name | Date of Birth | Married? | Attending High School? |
|---|---|---|---|
|  |  | ☐Yes ☐No | ☐Yes ☐No |
|  |  | ☐Yes ☐No | ☐Yes ☐No |

6. If you have been approved or denied for any of these benefits, please send a copy of Award or Denial Notification.
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

Social Security/Retirement ☒Yes ☐No | Social Security/Disability ☐Yes ☐No | Canada Pension Plan ☐Yes ☐No | State Disability ☐Yes ☐No
Worker's Compensation ☐Yes ☐No | Pension/Retirement ☐Yes ☐No | Pension/Disability ☐Yes ☐No | Unemployment ☐Yes ☐No
No-Fault Insurance ☐Yes ☐No | Short Term Disability ☐Yes ☐No -- Ins. Co. Name and Policy #
Other (Include Individual Disability or Group Disability Benefits) ☐Yes ☐No -- Ins. Co. Name and Policy #

7. If your request for benefits is approved, do you want Federal Income Tax Withheld from your check? ☒Yes ☐No
If yes, please indicate dollar amount $
(Note: Minimum withholding is $20.00 per week or $87.00 per month)
Do you want State Income Tax withheld from your check? ☒Yes ☐No
If yes, please indicate dollar amount $
(Note: The amount indicated must be a whole dollar increment)

1067-01

UACL00078



**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: Unum, Worcester Customer Care Center, P.O. Box 827, Worcester, MA 01613-0827
Claim Questions: 800.228.4568   Fax To: 508.751.7041

## C. EMPLOYMENT STATEMENT (PLEASE PRINT)    ER

**Type of Coverage** (CHECK ALL THAT APPLY)
☐ Short Term Disability  ☑ Long Term Disability  ☑ Individual Disability  ☐ Waiver of Premium (Life Insurance)  ☐ Voluntary Benefits/Payroll Deduction

1. Employer Name: Curtis W. Baker DMD PA
   Employer's Phone Number: (205) 755-1231
   Employer Address (Street, City, State, Zip): 101 Baker Ave. Clanton AL 35046
   Policy Numbers: LAD169168  LAN550174
   Division Number / Class Number:
   Division / Class Description:

2. Claimant's Name: Curtis W. Baker
   Claimant's Address (Street, City, State, Zip): 258 Co Rd 473  Clanton AL 35046
   Claimant's Home Phone: 205-755-1393
   Date of Birth: 2-5-1938
   Social Security Number: 417446227
   Date of Hire: July 5, 1963
   Effective Date of Insurance:
   Date Last Worked: 12-19-02

   Claimant's Work Status: ☑ Full Time  ☐ Part Time  ☐ Exempt  ☐ Non-exempt  ☐ Bargaining  ☐ Non-Bargaining
   Has the claimant's employment been terminated? ☐ Yes  ☑ No  If yes, please provide termination date:

**General Information About the Claimant's Job**

3. Job Title: Dentist
   Minimum education or training required: Doctor of Dental Medicine
   Does the claimant perform supervisory function? ☑ Yes  ☐ No  If yes, how many people are supervised? 13

4. Describe job duties:
   Duty: Office Management / Patient Care
   # of Weekly Hours Spent at Duty: 36 +

   Name of Direct Supervisor: Self
   Telephone Number of Direct Supervisor: (205) 755-1231

   Please attach a copy of the claimant's job description.

5. How was claimant paid? (please check one)
   ☐ Hourly  ☐ Commissions  ☑ Salaried  ☐ Salary and Bonus  ☐ Commissions Only  ☐ Salary and Commissions
   What is the earnings figure you use to compute premium payments for this claimant? $ 96,792
   Salary/Wage prior to date last worked (refer to Earnings definition in your contract).
   ☐ Weekly  ☑ Bi-Weekly  ☐ Semi-Monthly
   Bonuses (per week) $
   Overtime (prior year) $
   Commissions (per week) $
   W-2 Earnings $

6. Does the claimant contribute toward the premiums? (Complete all that apply)
   STD: ☑ Yes  ☐ No  If yes: ☐ Pre-Tax  ☐ Post-Tax  If Post Tax: 100 % paid by employer  100 % paid by claimant
   State Plans: ☐ Yes  ☐ No  If yes: ☐ Pre-Tax  ☐ Post-Tax  If Post Tax: ___ % paid by employer  ___ % paid by claimant
   LTD: ☐ Yes  ☐ No  If yes: ☐ Pre-Tax  ☐ Post-Tax  If Post Tax: ___ % paid by employer  ___ % paid by claimant
   IDI: ☐ Yes  ☐ No  If yes: ☐ Pre-Tax  ☐ Post-Tax  If Post Tax: ___ % paid by employer  ___ % paid by claimant
   Life: ☐ Yes  ☐ No  If yes: ☐ Pre-Tax  ☐ Post-Tax  If Post Tax: ___ % paid by employer  ___ % paid by claimant

7. Year to Date Earnings as of Date of Disability (For FICA % Deductions) $ 84,900

8. Financial Documentation (please refer to your contract for your Earnings definition and attach the appropriate documentation).
   Salary Only/Current Earnings definition: Attach copy of payroll records or paystubs for 2 periods just prior to disability.
   Bonus/Commissions Included: Attach copy of payroll records for the 12 or 24 months (see definition) just prior to disability.
   Other Earnings definitions: Attach referenced document per Earnings definition (W-2, K-1's, Schedule C's, teacher's contract, etc.).

9. Claimant Pre-Tax Withholdings: Indicate pre-tax withholdings in effect just prior to disability:
   401(k)/403(b) ___ %;  Pre-tax medical and other insurance $ ___ /week;  Flexible spending account $ ___ /week

UACL00074

1067-01



**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: Unum, Worcester Customer Care Center, P.O. Box 827, Worcester, MA 01613-0827
Claim Questions: 800.228.4568   Fax To: 508.751.7041

### C. EMPLOYMENT STATEMENT (continued)

**10.** Date of last Salary/Wage Increase: /   Work Schedule at time last worked: 4 Days/Week  9 Hours/Day  36 Hours/Week
Check off regular work days: ☐ Sun ☑ Mon ☑ Tues ☑ Wed ☑ Thurs ☐ Fri ☐ Sat.   Number of hours on date last worked: 9
Date paid through: 12-31-02   For: ☑ Salary Continuation ☐ Vacation Pay ☐ Accrued Sick Pay ☐ Other
**11.** Has claimant returned to work? ☐ Yes ☑ No   If yes, date: ___   ☐ Full Time ☐ Part Time   Hours Per Week
**12.** Does the claimant have an ownership interest in this business? ☑ Yes ☐ No   If yes, what is the % of ownership? 100 %
Type of business entity? ☐ Regular Corporation ☐ S corporation ☐ Partnership ☑ Sole Proprietorship
**13.** If this is a Flexible Benefits Plan, indicate which option of coverage this claimant has chosen.
Previous Plan Year - Date of Open Enrollment: ___   Option ___   Current Plan Year - Date of Open Enrollment: ___   Option ___
**14.** Prior LTD Carrier Name ___   Effective Date ___
Address (Street, City, State, Zip) ___   Termination Date ___

**15.** Is claimant eligible for:

| | Yes | No | If yes, weekly or monthly amount | Weekly | Monthly | When do benefits begin? | When do benefits end? |
|---|---|---|---|---|---|---|---|
| Salary Continuation | ☐ | ☑ | $ | ☐ | ☐ | | |
| State Disability | ☐ | ☑ | $ | ☐ | ☐ | | |
| Other Disability Benefits | ☐ | ☑ | $ | ☐ | ☐ | | |
| Social Security | ☑ | ☐ | $1600 mo | ☐ | ☑ | April 2003 | |
| Worker's Compensation | ☐ | ☑ | $ | ☐ | ☐ | | |

Is the claim the result of a work related injury or sickness? ☑ Yes ☐ No

| | Yes | No | |
|---|---|---|---|
| If so has Workers' Compensation claim been filed? | ☐ | ☐ | If yes, Name and Address of Carrier |
| Health Insurance | ☐ | ☐ | If yes, Name and Address of Carrier |
| Life Insurance | ☐ | ☐ | If yes, please provide the amount of coverage: $ |

If Workers' Compensation claim has been denied, please submit a copy of denial with this claim.

**16.** If New York DBL or New Jersey TDB applies, complete this question.

Earnings 8 weeks prior to disability

| | Week Ending | | | | | | Week Ending | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mo. | Day | Yr. | No. Days Worked | Amount | | Mo. | Day | Yr. | No. Days Worked | Amount |
| 1 | | | | | | 5 | | | | | |
| 2 | | | | | | 6 | | | | | |
| 3 | | | | | | 7 | | | | | |
| 4 | | | | | | 8 | | | | | |

**17.** Information about your pension plan (Please send copy of Plan Summary) (Do not complete for maternity claim)

Do you have a pension plan? ☐ Yes ☑ No   If yes, what type? ☐ Defined benefit ☐ Defined contribution ☐ 401(k)/403(b) ☐ Profit Sharing ☐ Other: (specify)
Is claimant eligible for your pension plan? ☐ Yes ☐ No   If eligible, does the claimant participate? ☐ Yes ☐ No   What % does claimant contribute?
If the claimant is participating, when is he or she eligible for benefits under the plan?

**FRAUD NOTICE:**
Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim.

The above statements are true and complete to the best of my knowledge and belief.

Name of Person Completing Form: Beverly R. Baker
Title of Person Completing Form: Spouse
Signature: [signature]

Telephone Number: (205) 755-7392
Fax Number: (205) 755-4562
Date Signed: 1-23-03

1067-01

UACL00075



# DISABILITY CLAIM
# CLAIMANT'S AUTHORIZATION

Mail to: Unum, Worcester Customer Care Center, P.O. Box 827, Worcester, MA 01613-0827
Claim Questions: 800.228.4568   Fax To: 508.751.7041

**FOR CLAIMANT TO COMPLETE**

### CLAIM FRAUD WARNING STATEMENTS

For your protection, the laws of several states, including Alaska, Arizona, Arkansas, Delaware, Idaho, Indiana, Kentucky, Louisiana, Minnesota, New Hampshire, Ohio and Oklahoma, and others require the following statement to appear:

**Fraud Warning**

Any person who knowingly, and with intent to injure, defraud, or deceive an insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of insurance fraud, which is a felony.

**Fraud Warning for California Residents**
For your protection, California law requires the following to appear:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Fraud Warning for Colorado Residents**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Fraud Warning for District of Columbia, Maine and Virginia Residents**
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purposes of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Fraud Warning for Florida Residents**
Any person who knowingly and with intent to injure, defraud or deceive any insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

**Fraud Statement for New Jersey, New Mexico and Pennsylvania Residents**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Fraud Statement for New York Residents**
Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**AUTHORIZATION**

I authorize any licensed physician, medical practitioner, hospital, clinic, pharmacy or other medically related facility, insurance company, third party administrator, government organization, employer and any of their agents performing services relating to any employee benefits or workers compensation, other organization, institution, or person that has any records or knowledge of me, my health (including any disorder of the immune system including HIV or AIDS, any information relating to the use of drugs and alcohol, and any information relating to mental and physical history, condition, advice or treatment), financial or credit information, earnings, employment history or other insurance benefits, to release this information to any of the UnumProvident Corporation subsidiaries or their duly authorized representatives. I also authorize the UnumProvident Corporation subsidiaries to request a report from the Medical Information Bureau (MIB), and the association of life insurance companies which operates the Health Claims Index (HCI) and the Disability Income Record System (DIRS). I understand that the dates of my past and present claims with any of the UnumProvident Corporation subsidiaries, excluding medical or personal information, may be reported to MIB and that an HCI or DIRS report may reflect this information including the identity of other insurance companies to which I have submitted claims. I further understand that in executing this authorization, information obtained by it will be used for evaluating and administering a claim for benefits.

This authorization is valid for the duration of my claim. I know that I or my authorized representative has a right to request a copy of this authorization. A copy of this authorization shall be as valid as the original.

I further authorize the UnumProvident Corporation subsidiaries or other authorized representatives to release all information (including information pertaining to HIV or AIDS, mental illness, and drug and alcohol abuse) related to this insurance claim to insurance companies, third party administrators, physicians, rehabilitation professionals, vocational evaluators, employers, my insurance agent, and any institution or person on a need to know basis for the purpose of verifying, evaluating, negotiating, or other pertinent uses with respect to my claim for benefits or service.

The statements made by me on this claim are true and complete.

I further authorize the UnumProvident Corporation subsidiaries or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

I am the individual to whom this release/request applies or that person's legal Guardian, Power of Attorney, or Conservator. I know that if I make any representation which I know is false to obtain information from federal records, I could be punished by fine or imprisonment or both.

Signature of Claimant X _Curtis W. Baker_

Please Print Name _Curtis W. Baker_

Date Signed _1-23-03_      Social Security Number _417446227_

I signed on behalf of the claimant, as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.

1067-01

UACL00079