

June 28, 2004

Joel S. Rogers, III
Law Office of Joel Rogers, III
P.O. Drawer 1580
Clanton AL 35046-1580

Re.: Curtis W. Baker, DDS
     Claim No. CLA023990
     Policy No. LAD169168

Dear Mr. Rogers:

Thank you for the courtesies extended to me during our recent telephone conversation.

It was a pleasure speaking with you about Dr. Baker's appeal regarding Benefits for Loss of Use under Policy LAD169168. As we discussed, I have reviewed Dr. Baker's claim file and your May 26, 2004 letter of appeal in detail.

To review, in December 2002, following a sickness due to meningitis, Dr. Baker experienced a hearing loss that has persisted despite his use of assistive devices. Based on the information in his claim file to date, it appears that he currently does not have practical use of his hearing. There is potential for improvement in this condition in the future.

Dr. Baker has claimed benefits under the Loss of Use provision of Policy LAD169168. This provision would allow him benefits during his 90-day elimination period, benefits that would total $6000 ($2000 per month x 3 months). This provision states:

> *Benefit for Loss of Use. Limited by the Maximum Benefit Period* **[24 months]**, *we will pay the Maximum Disability Benefit while an injury or sickness causes you the total loss of use of:*
>
> *1. speech, hearing in both ears, or sight in both eyes; or*
> *2. one hand and one foot; or*
> *3. both hands; or*
> *4. both feet*
>
> *We will pay this benefit from the date of loss. Your ability to work will not matter.*



UACL00020

DEFENDANT'S
EXHIBIT
9

UnumProvident Corporation · 18 Chestnut Street, Worcester, MA 01608-1528 · 508.799.4441 · www.unum

In addition, Dr. Baker's policy states, under the provision entitled *"Multiple Benefits"*, that:

> ...*For each period of disability, the Total Disability Benefit, the Residual Disability Benefit, the Recovery Benefit, and the Loss of Use Benefit* [emphasis added] *combined shall not exceed the Maximum Benefit Period* [24 months].

It appears that Dr. Baker has a loss of practical use of his hearing at this time. Although we sincerely hope that Dr. Baker's hearing will improve in the future, it is appropriate for him to be provided with Benefits for Loss of Use.

Ms. Sandra Giordano is Dr. Baker's current Disability Benefit Specialist. Ms. Giordano will arrange for this additional benefit to be issued directly to your client. Please allow approximately ten business days for this payment to be processed.

In the interim, please feel free to contact me at 1-888-226-7959, extension 77423 with any questions about this appeal. Ms. Giordano may be reached at 1-888-226-7959, extension 76034 with any questions about Dr. Baker's continuing claim.

Sincerely yours,

Suzanne Campbell-Lambert, ALHC, ACS
Appeal Consultant
Quality Performance Support
Unum Life Insurance Company of America

UACL00021