

September 1, 2004

JOEL S ROGERS III
LAW OFFICE OF JOEL S ROGERS III
1622 7TH STREET NORTH, SUITE 130
CLANTON AL 35045

Claim #'s 13-H0601154-1; CLA023990, CLA023991 AND CLA023992

Dear Attorney Rogers:

We are writing this letter as a follow-up to our conversation regarding Dr. Curtis W. Baker's three individual disability policies and one Business Overhead policy. We would like to inform you of the status of his claims.

In response to Mrs. Baker inquiry concerning the Lifetime Sickness Benefit Rider, we informed you that this rider is no longer in effect and have enclosed a sample copy for your client's review. Please note that this rider is only payable for sickness which begins before the policy anniversary when Mr. Baker is age 60. Dr. Curtis Baker was over age 60 at time of claim.

We also discussed the determination that benefits under Claim # CLA23991, were due under the Loss of Use Provisions which provides approximately $6,000 in additional benefit payment during the elimination period. This payment was sent under separate cover to Mr. Baker.

Mr. Baker's four claims are:

Claim # 13-H0601154-001 has a base benefit of $700.00 per month to age 65, but not less than 24 months, for injury or sickness and as long as the provisions set forth in his policy are satisfied.

Claim # CLA023990 has a base benefit of $2,080.00 per month to age 65, but not less than 24 months, for injury or sickness and as long as the provisions set forth in his policy are satisfied.

Claim # CLA023991 has a base benefit of $2,000.00 per month to age 65, but not less than 24 months, for injury or sickness and as long as the provisions set forth in his policy are satisfied.

Claim # CLA023992, a Business Overhead Policy, has a base benefit of $1,000.00 per month to age 65, but not less than 24 months, for injury or sickness and as long as the provisions set forth in his policy are satisfied.

Using December 19, 2002 as his date of disability, all claims will reach their maximum benefit period on January 18, 2005.



UACL00036

UnumProvident Corporation • 18 Chestnut Street, Worcester, MA 01608-1528 • 508.799.4441 • www.unumprovident.com

We discussed paying Mr. Baker his full and final settlement of his claim benefits in advance. This will avoid the need for further progress reports, medical information and financial documentation normally required to continue with our claim process. All four policies should be surrendered at that time as no further benefits will be due and the final end date will be met without recovery of his condition.

We encourage you, as his legal advisor, to review and discuss this option with your client. Mr. Baker may also want to discuss these advance payments with his financial advisor. The total amount of all four policies when paid in advance to their final end date amounts to $28,500.00. Each policy amount to be paid is listed.

Claim # 13-H0601154-001 has a base benefit of $700.00 per month. Payment from August 18, 2004 to January 18, 2005, will be $3,500.00.

Claim # CLA023990 has a base benefit of $2,080.00 per month and an advance payment from August 19, 2004 to January 19, 2005, will be $10,400.00.

Claim # CLA023991 has a base benefit of $2,000.00 per month and an advance payment from August 19, 2004 to January 19, 2005, will be $10,000.00.

Claim # CLA023992, a Business Overhead Policy, has a base benefit of $1,000.00 per month Payment from August 1, 2004 to January 18, 2005, will be about $4,600.00.

Please understand that we would appreciate your response by close of business (5:00 PM EST) Monday, September 20, 2004. In the event we do not received notice at that time, we will assume that the insured is not interested in pursuing this option and our offer should be considered withdrawn.

If Mr. Baker is not interested in pursuing our offer, we will resume the monthly benefit payments as of August 18, 2004. We will also continue to evaluate his disability on a monthly basis and we will send monthly progress reports, which should be completed with the help of his attending physician, when needed and returned to this office. Monthly Profit and Loss Statements will be necessary to continue with the business overhead payments.

If you have any questions please contact our office at 1-888-226-7959, my extension is 76034.

Sincerely,


Sandy Giordano, FLMI, ACS, ALHC
Disability Benefits Specialist
Unum Life Insurance Company of America
The Paul Revere Life Ins. Co as Administrator
    For New York Life Ins. Co.

UACL00038



UNUM Life Insurance Company of America
A Stock Insurance Company
Portland, Maine 04122

## LIFETIME SICKNESS BENEFIT RIDER
(Payable for sickness which begins before the policy anniversary when your age is 60)

This rider is part of the policy to which it is attached. This benefit is subject to the terms and conditions of this rider and the rest of this policy.

This rider becomes effective on the later of the Effective Date of the policy or the Rider Date shown on Page 3 of the policy.

Premiums for this benefit are shown in the rider description on page 3 of the policy. They are payable until the policy anniversary when your age is 60 at the same time and under the same conditions as premiums for the policy.

### DEFINITIONS

All terms used in this rider which are defined in the policy shall have the meaning given to them in the policy.

### BENEFITS

Beginning on the later of the policy anniversary when your age is 65 or the end of the Maximum Benefit Period, the Total Disability Benefit is amended to read as follows:

We will pay the Maximum Disability Benefit in any month after you have satisfied the Elimination Period that:

1. you are totally disabled; and
2. that total disability:

a. is the result of sickness which began before the policy anniversary when your age was 60 and while this rider was in effect; and

b. began before the policy anniversary when your age was 60 and has been continuous until the month for which this benefit is payable.

The Maximum Benefit Period on page 3 does not limit payment of benefits under this rider.

### TERMINATION

Coverage terminates on the policy anniversary when your age is 60. However, if you are totally disabled as a result of sickness at that time, the Benefits provision of this rider will apply beginning on the policy anniversary when your age is 65.

Signed for us at our Home Office on the effective date of this rider.

*Kevin J. Turney*
Secretary

LS6090

UACL00039