IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS W. BAKER, DMD,  *  <br>     PLAINTIFF,  * <br>     * <br> VS.  * <br>     * <br> UNUM LIFE INSURANCE COMPANY  * <br> OF AMERICA, et al.,  * <br>     DEFENDANTS.  * | CASE NO.: 2:05-cv-497-MEF |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Joel S. Rogers, III, attorney for Plaintiff Curtis W. Baker, DMD, and pursuant to the Uniform Scheduling Order entered in this cause, would set out the following Notice Concerning Settlement Conference and Mediation:

1. The attorneys for Plaintiff and Defendant Unum Life Insurance Company have engaged in settlement negotiations in this matter and have reached a settlement agreement.

2. Settlement documents are being drafted and will be filed with the Court as soon as possible.

3. As a settlement agreement has been reached, mediation is not needed in this matter.

RESPECTFULLY SUBMITTED this the 9th day of May, 2006.

/s/ Joel S. Rogers, III
Attorney for Plaintiff
Post Office Box 1580
Clanton, Alabama 35046-1580
Telephone: (205) 755-7880
Facsimile: (205) 755-7881
E-mail: joelsrogers@bellsouth.net
Bar No.: ASB-4922-R52J

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I have electronically filed this document with the United States District Court, Middle District of Alabama, Northern Division, and that by doing so, a copy of same shall be served by electronic means upon Hon. Douglas W. Fink, attorney for Defendant this the 9th day of May, 2006.

                                          /s/ Joel S. Rogers, III