IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS W. BAKER, DMD, | § | |
| Plaintiff, | § | CASE NO |
| vs. | § | 2:05-cv-497-F |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | § § | |
| Defendants. | | |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Curtis W. Baker, D.M.D. and Defendant Unum Life Insurance Company of America hereby move this Honorable Court, through undersigned counsel, for entry of an order dismissing all claims asserted herein WITH PREJUDICE. All parties waive their right to appeal and each party will bear his or its own costs. The parties would show unto this Honorable Court that they have reached a full and final compromise of all disputes involved herein.

Respectfully submitted this 23rd day of May, 2006.

_____
Joel S. Rogers, III
Attorney for Plaintiff Curtis W. Baker, D.M.D.

- 1 -

- 2 -

Joel S. Rogers, III, Esquire
Attorney at Law
Post Office Box 5180
Clanton, Alabama 35046
Phone: 205-755-7880
Fax:    205-755-7881

*Douglas W. Fink*

Douglas W. Fink        dfink@handarendall.com
Attorney for Defendant
Unum Life Insurance Company of America


HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax:    (251) 694-6375


472792_1